UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>EDUARDO MURRIETA,<br><br>                              Defendant. | Case No.:  21CR3029-JLS<br><br>**SECOND ORDER CONTINUING SENTENCING HEARING** |
|---|---|

Defendant still has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for May 20, 2022; the hearing is **CONTINUED** to **Friday, June 24, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated: May 17, 2022

Hon. Janis L. Sammartino
United States District Judge